# **EXHIBIT B**

## Completion Summary Report

Date: 2019/09/30 17:28:05

| | |
|---|---|
| Generated By: | dtarravechia |
| Enrollment Start Date: | 2000/01/01 |
| Enrollment End Date: | 2019/09/30 |
| Completion Start Date: | 2016/06/01 |
| Completion End Date: | 2019/09/30 |
| Group: | NAVEX Global, Inc. |
| Classes: | HIPAA_Fundamentals_for_Business_Associates,Ethics_and_Code_of_Conduct_4,Workplace_Harassment_6_Employee_Edition_Standard,Cyber_Security_-_Protect_and_Prevent_-_Employee,Workplace_Harassment_7_-_Employee,Cyber_Security_-_Protect_and_Prevent_-_Employee_2017,P101_1PRVCY_enAE_NAVEX,P101_2PI_enAE_NAVEX,P101_3HNDL_enAE_NAVEX,HIPAA_Fundamentals_for_Business_Associates_2017,NAVEXGLOBAL_ECOC6,Cyber_Security_-_Protect_and_Prevent_-_Employee_2018,NAVEX_GDPRICH_GDPR, |

| Username | First Name | Last Name | Email | Group Code | Course Name | Status | Enroll Date | Start Date | Completion Date | Last Access | User Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | HIPAA Fundamentals for Business Associates | Completed | 2016/12/06 16:42:10 | 2016/12/19 19:04:48 | 2016/12/19 19:29:27 | 2016/12/19 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Ethics and Code of Conduct 4 | Completed | 2016/12/06 16:42:10 | 2016/12/15 04:15:37 | 2016/12/19 22:15:45 | 2016/12/19 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Workplace Harassment 6 Employee Edition Standard | Completed | 2016/12/06 16:42:40 | 2016/12/19 23:51:52 | 2016/12/20 00:34:30 | 2016/12/20 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Cyber Security - Protect and Prevent - Employee | Completed | 2016/12/06 16:43:01 | 2016/12/15 04:03:40 | 2016/12/21 19:14:05 | 2016/12/21 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Navex Global - Workplace Harassment 7 - Employee | Completed | 2017/05/03 14:03:14 | 2017/05/15 15:41:22 | 2017/05/15 16:30:51 | 2017/05/15 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Cyber Security - Protect and Prevent - Employee 2017 | Completed | 2017/06/27 14:15:58 | 2017/07/11 22:32:35 | 2017/07/11 23:03:19 | 2017/07/11 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | NAVEX Global Employee Privacy 101 Part 1 US | Completed | 2017/11/16 20:10:08 | 2017/12/14 16:30:48 | 2018/01/04 18:17:32 | | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | NAVEX Global Employee Privacy 101 Part 2 US | Completed | 2017/11/16 21:08:50 | 2018/01/04 18:18:02 | 2018/01/04 18:31:32 | | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | NAVEX Global Employee Privacy 101 Part 3 US | Completed | 2017/11/16 20:10:08 | 2018/01/04 18:31:59 | 2018/01/04 19:05:34 | | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | HIPAA Fundamentals for Business Associates 2017 | Completed | 2017/11/06 20:14:55 | 2017/11/07 16:24:32 | 2017/11/07 17:05:28 | 2017/11/07 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Our Code of Conduct - Doing the Right Things Right | Completed | 2018/06/20 08:13:35 | 2018/06/20 13:48:31 | 2018/06/20 14:34:41 | 2018/06/20 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Cyber Security - Protect and Prevent - Employee 2018 | Completed | 2018/07/26 10:22:56 | 2018/07/26 15:10:08 | 2018/08/07 09:50:42 | 2018/08/07 00:00:00 | Inactive |
| RStockwell | Richard | Stockwell | rstockwell@navexglobal.com | | Global Data Privacy - GDPR Version | Completed | 2019/03/29 06:48:16 | 2019/04/15 12:32:42 | 2019/04/15 12:53:49 | 2019/04/15 00:00:00 | Inactive |



EXHIBIT B

| Task's Status | User | Title | Date Assigned | Date Completed |
|---|---|---|---|---|
| Task Type: Read/Complete (, 100% Complete) | 1 | 41 | | |
| Complete | Stockwell, Richard (Account Executive 3) | Anti-Corruption and Bribery | 12/8/2016 | 12/10/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Client Notification (30-day): RiskRate 4.1 - US & EU (3/3/2016) | 12/2/2016 | 12/19/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | CMS Fraud, Waste, & Abuse and General Compliance Training | 12/8/2016 | 12/16/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | CMS Fraud, Waste, & Abuse and General Compliance Training | 11/13/2017 | 11/13/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | CMS Fraud, Waste, & Abuse and General Compliance Training | 10/29/2018 | 11/8/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | Code of Conduct | 12/8/2016 | 12/10/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Code of Conduct | 10/20/2017 | 10/22/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Code of Conduct | 10/19/2018 | 11/8/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | Earn and Retain Customers | 11/12/2018 | 11/19/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | Earn and Retain Customers Part II | 12/4/2018 | 12/10/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | EPIM_ExternalReleaseNotes_7.4.0_02192016 | 12/2/2016 | 12/19/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.1.0.234 (2/5/2016) | 12/2/2016 | 12/19/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.1.0.241 | 12/2/2016 | 12/19/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.6.0.582 (9/1/2017) | 9/14/2017 | 9/14/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.6.0.592 (9/22/2017) | 9/28/2017 | 9/28/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.7 (9/29/2017) | 9/29/2017 | 9/29/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.7.0.414 (2017/10/6) | 10/12/2017 | 10/12/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.7.0.418 (10/13/2017) | 10/20/2017 | 10/22/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.7.0.420 (2017/10/20) | 10/26/2017 | 10/26/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.7.0.423 (2017/11/3) | 11/15/2017 | 11/15/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.7.0.424 (2017/11/17) | 11/20/2017 | 11/20/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech 9.8 (2017/12/8) | 12/6/2017 | 12/6/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: PolicyTech WordModulePlus 3.5.1517 | 12/2/2016 | 12/19/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: RiskRate 4.1 (1/29/2016) | 12/2/2016 | 12/16/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: RiskRate 5.0 (1/25/2017) | 1/16/2017 | 1/17/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: RiskRate 5.1 (4/26/2017) | 4/18/2017 | 4/18/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: RiskRate 5.2 (7/19/2017) | 7/12/2017 | 7/12/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: RiskRate 5.3 (8/30/2017) | 8/16/2017 | 8/16/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Internal Release Notes: RiskRate 6.0 (2017/11/28) | 11/17/2017 | 11/17/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Medicare Compliance Policy | 6/21/2019 | 6/24/2019 |
| Complete | Stockwell, Richard (Account Executive 3) | Mobile Device Policy | 11/29/2017 | 11/30/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Global Travel & Expense Policy | 12/19/2016 | 12/19/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Global Travel & Expense Policy | 12/1/2017 | 12/1/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Global Travel & Expense Policy | 12/1/2018 | 12/3/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Healthcare Conflict of Interest Policy | 12/8/2016 | 12/10/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Healthcare Conflict of Interest Policy | 7/23/2017 | 7/26/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Healthcare Conflict of Interest Policy | 7/23/2018 | 7/23/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Healthcare Conflict of Interest Policy | 7/23/2019 | 8/12/2019 |
| Complete | Stockwell, Richard (Account Executive 3) | NAVEX Privacy Training | 12/8/2016 | 12/10/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Total Rewards Booklet | 12/8/2016 | 12/10/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Total Rewards Booklet | 2/13/2017 | 2/13/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Total Rewards Booklet | 1/18/2018 | 1/18/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | Total Rewards Booklet | 2/20/2019 | 3/5/2019 |
| Complete | Stockwell, Richard (Account Executive 3) | Workplace Practices | 12/8/2016 | 12/10/2016 |
| Complete | Stockwell, Richard (Account Executive 3) | Workplace Practices | 2/13/2017 | 2/14/2017 |
| Complete | Stockwell, Richard (Account Executive 3) | Workplace Practices | 1/18/2018 | 1/18/2018 |
| Complete | Stockwell, Richard (Account Executive 3) | Workplace Practices | 2/20/2019 | 3/5/2019 |