# **<u>EXHIBIT D</u>**

LinkedIn | Search

**Master of Legal Studies** - Online Master's from a top-20 ranked law school - Bachelor's required.   Ad   ···

### Richard Stockwell · 3rd
Regional Sales Director at Whispli

Boise, Idaho Area · 500+ connections · Contact info

Whispli
Boise State University

[Connect]  [More...]

**Promoted**

**Master of Legal Studies** — Online Master's from a top-20 ranked law school - Bachelor's required. Learn more

**Master's for Nonlawyers** — Earn a Master of Legal Studies online: New from Pepperdine Law. Learn more

## About

Results oriented sales professional who has an appreciation and understanding for business needs with a proven record of success within competitive markets.

Specialties: Business Development, Relationship Building, Delivering Results

## Experience

**Regional Sales Director**
Whispli
Sep 2019 – Present · 2 mos

Whispli is the most secure and cost effective, anonymous two-way communication and case management SaaS platform. Our easy-to-use platform lets your people speak up safely and without fear. When employees speak sooner, you identify risks before they are a threat to your organization and its reputation.

**Senior Sales Executive**
NAVEX Global
Dec 2016 – Sep 2019 · 2 yrs 10 mos
Enterprise Sales 6000+ Employees

NAVEX Global's comprehensive suite of ethics and compliance software, content and services helps protect your people, reputation and bottom line. The trusted global leader of integrated software, content and services in the ethics and compliance space, providing governance, risk and compliance (GRC) solutions to more than 12,500 organizations worldwide and 96 of the Fortune 100.
See less

**ADP**
10 yrs 11 mos

**ADP Global Enterprise Solutions**
Jul 2011 – Dec 2016 · 5 yrs 6 mos

ADP, with more than $12 billion in revenues and approximately 640,000 clients, is one of the world's largest providers of business outsourcing and human capital management solutions.

- Develop and execute a business plan that will achieve corporate compliance with any a… See more

**District Manager**
Feb 2006 – Jun 2011 · 5 yrs 5 mos

District Sales Manager for the nations largest employee service organization helping companies:
- Do more with less
- Improve their bottom line

**People Also Viewed**

Heather Skeen · 2nd
Global Talent Acquisition and Program Management at Amazon

Tess Travers · 3rd
Senior Account Executive at NAVEX Global

Rob Ryan · 3rd
Mobile engagement sales engineer, focusing on the Meridian offering from Aruba Networks.

Todd O'Brien
Director of Solutions Engineering at NAVEX Global

Ryan Payne
Student at Castleton University

Chris Karski
Director, Food Service at Yankee Alliance

Brin O. · 3rd
Strategic Initiatives at NAVEX Global

John A. Jurczyk, FACHE
President of St. Joseph Hospital and SVP of Covenant Health

Nancy VanBenschoten · 3rd
Director of Business Development at Arete Rehab

Jacqueline Mann · 3rd
Recently relocated to Orange County and seeking a Business Development/Inside Sales position

**Learn the skills Richard has**

Managing Your Sales Process
Viewers: 35,880

Sales Prospecting

EXHIBIT D

## Education

**Boise State University**
BBA, Business Management
Activities and Societies: US ARMY ROTC

## Skills & Endorsements

**Sales Process** · 33
Endorsed by **Robert Scalise and 1 other who is highly skilled at this**
Endorsed by **16 of Richard's colleagues at ADP**

**Sales** · 32
Endorsed by **13 of Richard's colleagues at ADP**
Endorsed by **7 people who know Sales**

**Salesforce.com** · 17
Endorsed by **9 of Richard's colleagues at ADP**
Endorsed by **7 people who know Salesforce.com**

### Industry Knowledge

| | |
|---|---|
| **B2B** · 16 | **Business Development** · 15 |
| **Account Management** · 14 | **Sales Management** · 9 |
| **Strategic Planning** · 9 | **Business Strategy** · 3 |
| **Recruiting** · 3 | **Business Analysis** · 1 |
| **Solution Selling** · 1 | **Direct Sales** · 1 |
| **Sales Operations** · 1 | **Consultative Selling** |
| **Human Resources** | **Benefits Administration** |

### Tools & Technologies

**SaaS** · 1

### Interpersonal Skills

| | |
|---|---|
| **Leadership** · 5 | **Customer Service** · 4 |
| **Cold Calling** · 3 | **Sales Presentations** · 1 |
| **Team Building** · 1 | **Management** · 1 |

### Other Skills

| | |
|---|---|
| **Selling** · 8 | **New Business Development** · 4 |
| **Results Oriented** · 1 | **Delivering Results** · 1 |

Show less

| 1 Organization | ^ |
|---|---|
| **US Military**<br>US Army Military Officer | |

*Served four years on active duty with the United States Armed Forces after receiving my bachelor's degree. As a US Army Officer, I was responsible for the welfare and training of military personnel within the United States and overseas.

## Interests

| | Boise Metro Chamber of Commerce<br>2,505 members | | Sales Best Practices<br>319,532 members |
|---|---|---|---|
| | **NAVEX Global**<br>11,521 followers | | **HR.com**<br>296,338 members |
| | Linked:HR (#1 Human Resources Gr...<br>968,605 members | | Human Resources (HR) & Talent M...<br>494,273 members |

See all

**LinkedIn**

| About | Talent Solutions | Community Guidelines |
|---|---|---|
| Careers | Marketing Solutions | Privacy & Terms ∨ |
| Advertising | Sales Solutions | Mobile |
| Small Business | Safety Center | |

**Questions?**
Visit our Help Center.

Select Language
English (English)

**Manage your account and privacy.**
Go to your Settings.

LinkedIn Corporation © 2019

Messaging