# **EXHIBIT E**

| | |
|---|---|
| **From:** | Jay Webb |
| **To:** | Richard Stockwell |
| **Subject:** | Whispli is hiring |
| **Date:** | Tuesday, July 9, 2019 8:27:22 AM |

Richard,

Your experience at Navex Global makes you a really good candidate for a company I'm recruiting for by the name of Whispli.

Have you heard or them?

They are a venture-backed start up that offers an an enterprise communication platform that enables anonymous internal communications.

Ability to sell into compliance is critical.

You'd be there only North American sales rep, so there would be plenty of blue ocean for you.

Please let me know if you'd like to learn more.

Thanks!

Jay Webb
617-682-0652
webb@thejdavidgroup.com
http://meetme.so/JayWebb

**View message**

View Jay's LinkedIn profile

 **TIP**   You can respond to Jay by replying to this email

You are receiving InMail notification emails. Unsubscribe
This email was intended for Richard Stockwell (Sales Executive at NAVEX Global). Learn why we included this.

If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2019, LinkedIn Corporation. 1000 West Maude Avenue, Sunnyvale, CA 94085, USA

EXHIBIT E